UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
FRIDA SCHLESINGER,
    *Individually and on behalf of all others*
    *similarly situated,*

                     Plaintiff,                   JUDGMENT

           - against -                   18-cv-0226 (BMC)

JZANUS LTD. and JOHN DOES 1-25,

                     Defendants.
------------------------------------------------------------- X
ARTHUR BELIN,
                     Plaintiff,

           - against -                   17-cv-3648 (BMC)

JZANUS LTD.,

                     Defendant.
------------------------------------------------------------- X
VICTOR KIM, Individually and on behalf of all others
similarly situated, also known as Viktor Kim,      18-cv-0897 (BMC)
                     Plaintiff,

   - against –

JZANUS LTD. and JOHN DOES 1-25,

                     Defendants.
------------------------------------------------------------- X
MIRIAM KLEIN, Individually and on behalf of all others
similarly situated,                                        17-cv-5163 (BMC)
                     Plaintiff,

   - against –

JZANUS LTD.,

                     Defendant.
------------------------------------------------------------- X

        A Memorandum Decision and Order of Honorable Brian M. Cogan, United States

District Judge, having been filed on May 24, 2018, granting Defendant's motion to dismiss –

[13] in 17-cv-3648 and [12] in 18-cv-0226 –; pursuant to the Order of consolidation, dismissing

case 18-cv-0897 and 17-cv-5163; it is

ORDERED and ADJUDGED that the Defendant's motion to dismiss – [13] in 17-cv-3648 and [12] in 18-cv-0226 – is granted; and that pursuant to the Order of consolidation case 18-cv-0897 and 17-cv-5163 is dismissed.

| | |
|---|---|
| Dated: Brooklyn, NY<br>May 29, 2018 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>        Deputy Clerk |